ORIGINAL

# In the United States Court of Federal Claims

| | |
|---|---|
| MIGUEL ILAW,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>               Defendant. | FILED<br>JAN - 5 2016<br>U.S. COURT OF<br>FEDERAL CLAIMS<br><br>No. 15-173<br>Filed: January 5, 2016 |

### ORDER

The court is in receipt of United States Court of Appeals for Federal Circuit's January 4, 2016 mandate. Pursuant to the Federal Circuit's instructions to dismiss the complaint without prejudice, the plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED.**

MARIAN BLANK HORN
Judge